**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MARTHA DAVIS**                                                                **PLAINTIFF**

**v.**                                      **CIVIL ACTION NO. 4:13CV00116-MPM-JMV**

**BANK OF AMERICA, N.A., Successor
By Merger to BAC Home Loans Servicing, LP
formerly known as Countrywide Home Loans
Servicing, LP**                                                            **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the court pursuant to L. U. Civ. R. 16(b)(1)(B). The rule provides that

> [a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motion[]. . . .

The plaintiff filed a motion to remand [13] on July 22, 2013. Accordingly, it is

**ORDERED:**

That the above noted proceedings and the case management conference are hereby **STAYED** pending a decision on the motion to remand. The parties shall notify the undersigned magistrate judge within ten (10) days of the court's ruling in the event the motion to remand is denied.

**THIS**, the 2nd day of August, 2013.

                                                                                  /s/ Jane M. Virden
                                                                             **U. S. MAGISTRATE JUDGE**